# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| COLONY INSURANCE COMPANY ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No. 4:07-cv-00054 |
| ) | |
| CLEARWATER POOL AND SPA, INC., ) | Judge Mattice |
| JONATHAN ERIC NEEL, ) | Magistrate Judge Carter |
| BRENT E. BATES ) | |
| ) | |
|     **Defendants.** ) | |

## AGREED FINAL ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel for the respective parties below, that all matters in controversy between the parties have been compromised and settled.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above referenced matter is hereby dismissed with prejudice.

This the _____ day of _____, 2008.

 

_____
Magistrate Judge Carter

1

APPROVED FOR ENTRY:


By:__/s Jeffrey Zager_____
Jeffrey Zager (#11743)
Travis B. Swearingen (#25717)
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
615-244-9270
jzager@millermartin.com
tswearingen@millermartin.com
*Attorneys for Plaintiff, Colony Insurance Company*


By:__/s Kenneth S. Byrd_____
Glenn B. Rose, Esq.
Kenneth S. Byrd, Esq.
Harwell, Howard, Hyne,
Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, TN 37238
gbr@h3gm.com
ksb@h3gm.com
*Attorneys for Clearwater Pool and Spa, Inc. and Jonathan Eric Neel*


By:__/s Clifton Neal Miller_____
Clifton Neal Miller, Esq.
Henry, McCord, Bean, Miller, Gabriel,
Carter & LaBar, PLLC
P. O. Box 538
Tullahoma, TN 37388-0538
cmiller@henry-mccord.com
*Attorney for Brent E. Bates*